# Exhibit 1

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
One Bowling Green
New York, NY 10004-1408

---

IN RE: Law Office of George T. Peters, PLLC          CASE NO.: 24–11373–pb

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER: 11
46–0622287

---

## NOTICE OF HEARING

Please take notice that a status conference has been scheduled for February 18, 2025 at 2:00 p.m.

This hearing will be conducted using Zoom for Government. Parties that wish to appear at a zoom hearing, whether making a live or listen only appearance before the Court, need to make an eCourtAppearance through the Courts website, http://www.nysb.uscourts.gov/ecourt-appearances. The deadline to sign up for each hearing before Judge Bentley is 4:00 PM the business day before a hearing is scheduled. After the deadline passes, chambers will use the emails provided through eCourtAppearances to send invitations for each zoom hearing.

Thank you

Dated: January 21, 2025                              Vito Genna
                                                     Clerk of the Court

