**THE LAW FIRM OF ANDREW M. STENGEL P.C.**
**11 BROADWAY, SUITE 715**
**NEW YORK, NEW YORK 10004**
(212) 634-9222  |  ANDREW@STENGELLAW.COM  |  (212) 634-9223 (FAX)

March 7, 2025

**By ECF**
Hon. Philip Bentley
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   *Law Office of George T. Peters, PLLC (Debtor)*
        24-11373-pb
        *Catabois v. Law Office of George T. Peters, PLLC*
        25-01034-pb

Dear Judge Bentley:

      We represent Miranda Catabois in an adversarial proceeding against *Catabois v. Law Office of George T. Peters, PLLC* objecting to dischargeability of debt pursuant to 11 U.S.C. § 523 (a)(6). I am writing to the Court because George T. Peters, debtor in Law Office of George T. Peters, PLLC, is not being truthful regarding the current address of his law firm.

      In Mr. Peter's Voluntary Petition filed with the Court on August 8, 2024, he listed his law office address as 20 East 125th Street, 2nd Floor, New York, New York 10035. On March 5, 2025, Mr. Peters filed a motion that listed the same address. *See* ECF Doc. No. 69.

      However, on February 24, 2025, a process server attempted to serve Mr. Peters with my client's Summons and Complaint. The process server reported to me that second floor of 20 East 125th Street in Manhattan is vacant and features a "For Rent" sign. Two photographs of the property are attached hereto.

      In addition, Mr. Peters' attorney registration on file with the New York State Unified Court System also lists 20 East 125th Street, 2nd Floor in Manhattan as the law firm address.[1] Under the New York State Rules of the Chief Administrator of the Courts, 22 NYCRR 118.1(f): "In the event of a change in the name of attorney, office addresses, home address, business telephone number, or e-mail address reported pursuant to subdivision (e) of this section, the attorney shall file an amended statement within 30 days of such change." It is unlikely that Mr. Peters has complied with this rule.

---

[1] The search is available at https://iapps.courts.state.ny.us/attorneyservices/search?0.

   Due to Mr. Peters concealing his present law firm address, we are therefore unable to serve Mr. Peters with Ms. Catabois' Summons and Complaint until Mr. Peters discloses the current and correct address. Therefore, we request an extension of the time to complete service.

   We thank the Court for its consideration.

                Very truly yours,

                Andrew Stengel

cc:  All counsel of record via ECF



